**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO.  **1I26CR  020** |
| **Plaintiff,** | : | |
| | : | **JUDGE** |
| **v.** | : | **INDICTMENT** **DLOTT** |
| | : | |
| **AUSTIN FOWLER,** | : | **18 U.S.C. § 922(g)(1)** |
| | : | |
| **Defendant.** | : | **FORFEITURE ALLEGATION** |
| | : | |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Possession by a Prohibited Person)

On or about November 18, 2025, in the Southern District of Ohio, the defendant, **AUSTIN FOWLER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Glock model 36 .45 caliber semi-automatic pistol bearing serial number BPCF919, and the firearm was in and affecting interstate commerce.

**In violation of Title 18, United States Code, Section 922(g)(1).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **AUSTIN FOWLER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not limited to, a  Glock model 36, .45 caliber semi-automatic pistol, bearing serial number BPCF919, with any attachments and ammunition.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL**

_____/S/_____
**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

_Ashley N. Brucato_
**ASHLEY N. BRUCATO**
**ASSISTANT UNITED STATES ATTORNEY**

2

